UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2013 ★
BROOKLYN OFFICE

---------------------------------------------------------------- X

AARON JAMES ROGERS,

                Plaintiff,

-against-

ECOLOR STUDIO and MANISH MORWAL,

                Defendants.

---------------------------------------------------------------- X

11-CV-4493 (ARR) (RER)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 7, 2013, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

I therefore grant plaintiff's motion for default judgment. Plaintiff shall be awarded $50,000 in statutory damages due to defendants' willful infringement of the computer-animated short film entitled "Ornaments," as well as a permanent injunction to prevent defendants from further infringing plaintiff's copyright (registration number PAu002534222).

SO ORDERED.

                /S/ Judge Allyne R. Ross

                Allyne R. Ross
                United States District Judge

Dated: February 27, 2013
       Brooklyn, New York